**No. 54931.**—Park & Tilford Import Corp. *v.* United States, protest 142001–K (New York).

Opinion by JOHNSON, J. For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiff was sustained.

**No. 54932.**—Edward P. Paul & Co., Inc., et al. *v.* United States, protests 161311–K, etc. (New York).

Opinion by JOHNSON, J. At the trial it was stipulated that the facts and issues herein are similar in all material respects to those involved in *United States* v. *Browne Vintners Co., Inc.* (34 C. C. P. A. 112, C. A. D. 351) and that the quantities reported by the inspector as manifested, not found, were not in fact received by the importers. In accordance with stipulation of counsel and following the decision cited it was held that duty is not assessable upon such portions of the merchandise as were reported by the inspector as manifested, not found. The protests were sustained to this extent.

**No. 54933.**—Leacock & Company, Inc. *v.* United States, protest 149707–K (New York).

Opinion by JOHNSON, J. At the trial it was stipulated that the issue herein is similar in all material respects to that involved in *United States* v. *Browne Vintners Co., Inc.* (34 C. C. P. A. 112, C. A. D. 351) and that the merchandise, consisting of certain embroidered flax articles, was not in fact imported. In accordance with stipulation of counsel and following the decision cited it was held that duty is not assessable upon certain embroidered flax articles. The protest was sustained to this extent.

**No. 54934.**—Otto Roth & Co., Inc. *v.* United States, protest 155673–K (New York).

Opinion by JOHNSON, J. From an examination of the papers, the court was unable to find any evidence sufficient to overcome the action of the collector, which was presumptively correct. The protest was therefore overruled.